■ LISA BISBANO, Respondent, v STANLEY SCHOENBACH, Appellant.—Order of Supreme Court, Bronx County (Anita Florio, J.), entered July 21, 1989, which, *inter alia,* denied defendant's motion for a change of venue from Bronx County to Westchester County, unanimously affirmed, without costs.

Although the alleged malpractice occurred in Westchester County, where the plaintiff resides, the defendant's motion to

change venue was properly denied. Defendant resides in Bronx County, therefore venue in that county is proper (CPLR 503 [a]). A transitory action should, as a general rule, be tried where the cause of action arises. However, where plaintiff's choice of venue is otherwise proper, the failure of defendant to provide a list of prospective witnesses, and a statement as to the nature of their testimony and how they would be inconvenienced, is fatal to a motion *(Firoozan v Key Food Supermarket,* 151 AD2d 334). Concur—Murphy, P. J., Sullivan, Carro and Milonas, JJ.